Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-5753RJB |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| PATTI FAULKNER, | |
| Defendant. | |

Having read the Government's Sentencing Memorandum and Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum and Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum and Motion for Downward Departure Pursuant to U.S.SG. § 5K1.1 in this matter shall remain sealed.

DATED this 26th day of May, 2009.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

/s/ David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney

Order to Seal/Faulkner — 1
CR08-5753RJB