

08-CR-05753-ORD

Honorable Judge Robert Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA ) Case No.08-5753 RJB
)
Plaintiff )
)
v. ) ORDER SEALING
) DOCUMENTS
PATTI FAULKNER )
)
Defendant. )
)
)
)

Having read the Sentencing Memorandum of Defendant and all related pleadings in the above-referenced case, which was filed under seal, this Court concludes that this pleading and all related pleadings shall be allowed to remain under seal.

It is hereby ORDERED that the Sentencing Memorandum of Defendant and all related pleadings shall remain under seal.

DATED this 27th day of MAY, 2009

Robert J. Bryan,
District Court Judge

Presented by:

_____
Mark W. Muenster
Attorney for Defendant

LAW OFFICE OF
MARK W. MUENSTER
1010 ESTHER STREET
VANCOUVER, WA 98660
(360) 694-5085